DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-54CB,<br><br>                    Plaintiff,<br><br>vs.<br><br>HAROLD HILL, an individual; ENCHANTMENT AT SUNSET BAY CONDOMINIUM ASSOCIATION; 732 HARDY WAY TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants. | Case No.:     2:17-cv-01916<br><br>**NOTICE OF LIS PENDENS** |

…

…

…

…

1

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that a Complaint for declaratory and injunctive relief was filed by plaintiff, The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB (**BoNYM**), on or about July 13, 2017, against defendants Harold Hill, Enchantment at Sunset Bay Condominium Association, 732 Hardy Way Trust, and Nevada Association Services, Inc.  The action is now pending in the above-entitled court and affects title of the real property legally described as:

**PARCEL ONE (1):**

An undivided 1/10th interest as tenant(s) in common in Phase 2 of **ENCHANTMENT CONDOMINIUMS, PHASE 2 A COMMON INTEREST COMMUNITY A PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown by map thereof on file in Book 108 of Plats, Page 5 in the Office of the County Recorder, Clark County, Nevada.

Excepting Therefrom all Units in all Residential Buildings and Designated Limited Common Elements as shown on the Plat referred to above.

And Reserving Therefrom the right to possession of all those areas designated as Limited Common Elements shown upon the Plat referred to above.

And Further Reserving Therefrom for the benefit of Owners in future development, non-exclusive easements on, over and under the Common Area as defined and shown upon the Plat referred to above for ingress, egress and recreational use, subject to the terms and as more particularly set forth in the Master Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Mesquite Vistas Community Association recorded December 15, 1994 in Book 941215 as Document No. 01029 and the Supplemental Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Enchantment Condominiums, recorded June 26, 1997 in Book 970626 as Document No. 01783 as the same may be amended and/or supplemented in the Office of the County Recorder of Clark County, Nevada.

**PARCEL TWO (2):**

Living Unit Six Hundred Twenty Three (623) in Building Six (6) of **ENCHANTMENT CONDOMINIUMS, PHASE 2 A COMMON INTEREST COMMUNITY A PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown by map thereof on file in Book 108 of Plats, Page 5 of Official Records in the Office of the County Recorder of Clark County, Nevada.

…

…

**PARCEL THREE (3):**

A non-exclusive easement for ingress, egress and recreational use, on, over and under the Common Areas and Private Streets of **ENCHANTMENT CONDOMINIUMS, PHASE 1 A COMMON INTEREST COMMUNITY A PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown upon the plat referred to above and future units, which easement is appurtenant to Parcels One (1) and Two (2) described above.

**PARCEL FOUR (4):**

An exclusive easement appurtenant to Parcels (1) and Two (2) described above for purposes, over areas defined and described as Limited Common Elements in the Declaration and as shown upon the Plat referred to above.

and more particularly identified in the official records of the Clark County Recorder as Assessor's Parcel Number: **001-08-211-032**.

DATED this 13th day of July, 2017.

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*

DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Las Vegas, NV 89144

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB*

3