MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant 732 Hardy Way Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2005-54CB,<br><br>    Plaintiff,<br><br>vs.<br><br>HAROLD HILL, an individual; ENCHANTMENT AT SUNSET BAY CONDOMINIUM ASSOCIATION; 732 HARDY WAY TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>    Defendant. | CASE NO.: 2:17-cv-01916 |

**STIPULATION AND ORDER**

IT IS STIPULATED AND AGREED by and between plaintiff Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWALT, INC., alternative loan Trust 2005-54CB, Mortgage Pass Through Certificates Series 2005-54CB, through it's attorney, Darren T. Brenner and defendant 732 Hardy Way Trust through it's attorney, Michael F. Bohn, Esq. that the reply brief of defendant Hardy Way Trust, which is due to be filed on September 1, 2017, may be extended until September 8, 2017.

This is the first extension sought for this reply brief.

DATED this 1st day of September, 2017.

| AKERMAN LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Darren T. Brenner, Esq. / <br> Darren T. Brenner, Esq. <br> 1160 Town Center Drive, Ste. 330 <br> Las Vegas, NV 89144 <br> Attorney for plaintiff Bank of New York Mellon | By: /s/ /Michael F. Bohn, Esq. / <br> MICHAEL F. BOHN, ESQ. <br> 376 E. Warm Springs Rd., Ste. 140 <br> Las Vegas, NV 8911 9 <br> Attorney for defendant Saticoy Bay LLC |

IT IS SO ORDERED this 5th day of September, 2017.

---
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /*Michael F. Bohn, Esq.* /
    MICHAEL F. BOHN, ESQ.
    376 E. Warm Springs Rd., Ste. 140
    Las Vegas, NV 8911 9
    Attorney for defendant 732 Hardy Way Trust