# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON, )
)
    Plaintiff, )     Case No. 2:17-cv-01916-RFB-GWF
)
vs. )     **ORDER**
)
HAROLD HILL, *et al*., )
)
    Defendants. )
)

    This matter is before the Court on Plaintiff's Motion to Enlarge Time for Service and for Leave to Serve Defendant Harold Hill by Publication (ECF No. 20), filed on October 31, 2017.

    Pursuant to Fed. R. Civ. P. 4(e), the state statutes in which the District Court is held are followed in matters pertaining to service of summons by publication. N.R.C.P. 4(e)(1)(i) states that the court may permit service by publication if, after due diligence shown, the plaintiff is unable to find the defendant(s) within the state, or they are avoiding the service of summons. The plaintiff must prove this to the satisfaction of the court either by affidavit or by a verified complaint. The Nevada Supreme Court has held that there is no objective, formulaic standard for determining what is, or is not, due diligence. *Abreu v. Gilmer,* 985 P.2d 746, 749 (1999). Pursuant to Fed. R. Civ. P. 6(b) and LR 26-4, extensions of time may be granted for good cause shown.

    Plaintiff requests permission to serve Defendant Harold Hill by publication and for an additional 60 days to effectuate service. Plaintiff represents that it demonstrated due diligence by making several attempts to serve Defendant. The Court, therefore, finds that Plaintiff has provided sufficient good cause to warrant service by publication and will grant Plaintiff until **January 1, 2018** to effectuate service. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Enlarge Time for Service and for Leave to Serve Defendant Harold Hill by Publication (ECF No. 20) is **granted**. Plaintiff shall have until **January 1, 2018** to effectuate service on Defendant Hill. Defendant may be served through publication of the summons and Complaint in this case at least once a week for four (4) consecutive weeks in a newspaper of general circulation.

DATED this 1st day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge