LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
sanderson@lkglawfirm.com
Nevada Bar No. 7259
RYAN D. HASTINGS
rhastings@lkglawfirm.com
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Defendant Sunset Bay Condominium Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-54CB,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD HILL, an individual; ENCHANTMENT AT SUNSET BAY CONDOMINIUM ASSOCIATION; 732 HARDY WAY TRUST; and NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | Case No. 2:17-cv-01916-RFB-GWF<br><br><br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Defendant Enchantment at Sunset Bay Condominium Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

…

…

…

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 8th day of January, 2019.

**ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell*

Elizabeth Lowell
Nevada Bar No. 8551
Chad D. Fuss
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 7th day of January, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Sean L. Anderson*

Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Enchantment at Sunset Bay Condominium Association*

...
...
...
...
...
...
...

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

ENCHANTMENT AT SUNSET BAY
CONDOMINIUM ASSOCIATION

By: *Brent Halladay*

Name: *Brent Halladay*

Its: _____

## ORDER

**IT IS SO ORDERED** this 9th day of January 2019.

*George Foley Jr.*
United States Magistrate Judge