ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW
Nevada Bar No. 12125
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-54CB,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD HILL, an individual; ENCHANTMENT AT SUNSET BAY CONDOMINIUM ASSOCIATION; 732 HARDY WAY TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:   2:17-cv-01916-RFB-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Rex D. Garner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Garner be removed from the service list.

/ / /

/ / /

1

56377874;1

1  Akerman LLP continues to serve as counsel for The Bank of New York Mellon, fka The
2  Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust
3  2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB in this action.  All items,
4  including, but not limited to, pleadings, papers, correspondence, documents and future notices in this
5  action should continue to be directed to Ariel E. Stern, Esq. and Natalie L Winslow, Esq.
6  DATED this 5th day of February, 2021

**AKERMAN LLP**

*/s/  Natalie L. Winslow*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE:  February 5, 2021

2

56377874;1