ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW
Nevada Bar No. 12125
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon, fka
The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc., Alternative
Loan Trust 2005-54CB, Mortgage Pass-Through
Certificates Series 2005-54CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-54CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-54CB, | Case No.:    2:17-cv-01916-RFB-EJY |
| Plaintiff, | **[PROPOSED] ORDER FOLLOWING REMAND** |
| vs. | |
| HAROLD HILL, an individual; ENCHANTMENT AT SUNSET BAY CONDOMINIUM ASSOCIATION; 732 HARDY WAY TRUST; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

On June 25, 2021, the Ninth Circuit entered an opinion following an appeal of this court's order granting defendant 732 Hardy Way Trust's (the **Trust**) motion for summary judgment and denying The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-54CB, Mortgage Pass-Through Certificates Series 2005-54CB's (**BoNYM**) motion for summary judgment, ECF No. 58. The Ninth

1

60807334;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   Circuit's opinion reversed this court's grant of summary judgment in favor of the Trust, its denial of

2   summary judgment to BoNYM, and its dismissal of BoNYM's claims against Enchantment at Sunset

3   Bay Condominium Association (the **HOA**).  The Ninth Circuit remanded the matter to this court for

4   proceedings consistent with its opinion.

5   Following the status conference between the court and parties on November 9, 2021, the

6   court enters this order, which supersedes the prior summary judgment motion order at ECF No. 58:

7   The court finds that a deed of trust was recorded in the Clark County Recorder's Office

8   against the subject property located at 732 Hardy Way #F, Mesquite, Nevada 89027 (the **subject**

9   **property**) as instrument no. 20050824-0004855 (the **deed of trust**).   BoNYM is the current

10   recorded assignee of the deed of trust, as reflected by the assignment of deed of trust recorded in the

11   Clark County Recorder's office against the subject property as instrument no. 201311140000798.

12   The court finds that the HOA foreclosed on the subject property on September 19, 2014 (the

13   **HOA foreclosure sale**), as reflected on the foreclosure deed recorded in the Clark County

14   Recorder's Office against the subject property as instrument no. 20140922-0002777.

15   The court finds that the HOA foreclosure sale is void as to BoNYM's interest in the subject

16   property.  The court finds the Trust and its successors and assigns' title to the subject property is

17   subject to the deed of trust.

18   IT IS THEREFORE ORDERED AND ADJUDGED that the Trust and its successors and

19   assigns' title to the property located at 732 Hardy Way #F, Mesquite, Nevada 89027, assessor's

20   parcel no. 001-08-211-032 and more particularly described as:

21   **PARCEL ONE (1):**

22   An undivided 1/10th interest as tenant(s) in common in Phase 2 of **ENCHANTMENT**
23   **CONDOMINIUMS, PHASE 2 A COMMON INTEREST COMMUNITY A**
     **PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown by map
24   thereof on file in Book 108 of Plats, Page 5 in the Office of the County Recorder,
     Clark County, Nevada.

25   Excepting Therefrom all Units in all Residential Buildings and Designated Limited
     Common Elements as shown on the Plat referred to above.
26
27   And Reserving Therefrom the right to possession of all those areas designated as
     Limited Common Elements shown upon the Plat referred to above.

28

2

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5

And Further Reserving Therefrom for the benefit of Owners in future development, non-exclusive easements on, over and under the Common Area as defined and shown upon the Plat referred to above for ingress, egress and recreational use, subject to the terms and as more particularly set forth in the Master Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Mesquite Vistas Community Association recorded December 15, 1994 in Book 941215 as Document No. 01029 and the Supplemental Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Enchantment Condominiums, recorded June 26, 1997 in Book 970626 as Document No. 01783 as the same may be amended and/or supplemented in the Office of the County Recorder of Clark County, Nevada.

6

**PARCEL TWO (2):**

7
8
9

Living Unit Six Hundred Twenty Three (623) in Building Six (6) of **ENCHANTMENT CONDOMINIUMS, PHASE 2 A COMMON INTEREST COMMUNITY A PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown by map thereof on file in Book 108 of Plats, Page 5 of Official Records in the Office of the County Recorder of Clark County, Nevada.

10

**PARCEL THREE (3):**

11
12
13
14

A non-exclusive easement for ingress, egress and recreational use, on, over and under the Common Areas and Private Streets of **ENCHANTMENT CONDOMINIUMS, PHASE 1 A COMMON INTEREST COMMUNITY A PLANNED DEVELOPMENT UNIT AT MESQUITE VISTAS** as shown upon the plat referred to above and future units, which easement is appurtenant to Parcels One (1) and Two (2) described above.

15

**PARCEL FOUR (4):**

16
17

An exclusive easement appurtenant to Parcels (1) and Two (2) described above for purposes, over areas defined and described as Limited Common Elements in the Declaration and as shown upon the Plat referred to above

18

remains encumbered by the above-referenced deed of trust.

19

Because BoNYM's claims for relief against the HOA were pled in the alternative and to the

20

extent that BoNYM's deed of trust was extinguished as a result of the HOA foreclosure sale, the

21

court dismisses these claims.

22

///

23

///

24

///

25

///

26

///

27

///

28

///

3

1     As to any other entities that are not parties to this litigation, the court declines to address the

2  effect, if any, of the void HOA foreclosure sale.

3     IT IS SO ORDERED.

4     DATED this ___15th___ day of ___November_____, 2021.

5

6

7                      RICHARD F. BOULWARE, II

8                      UNITED STATES DISTRICT JUDGE

9  Submitted by:

10  **AKERMAN LLP**

11  */s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.

12  Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.

13  Nevada Bar No. 12125
1635 Village Center Circle, Suite 200

14  Las Vegas, Nevada 89134

15  *Attorneys for The Bank of New York Mellon fka The Bank*
*of New York, as Trustee for the Certificateholders of*

16  *CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage*
*Pass-Through Certificates, Series 2006-OA7*

17

18

19  Approved as to form and content by:

20  **LEACH KERN GRUCHOW ANDERSON SONG**

21  */s/ Ryan D. Hastings*
SEAN L. ANDERSON, ESQ.

22  Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.

23  Nevada Bar No. 12394
2525 Box Canyon Drive

24  Las Vegas, Nevada 89128

25  *Attorneys for Sunset Bay Condominium Association*

26

27

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4

60807334;1

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD**

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for 732 Hardy Way Trust*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5

60807334;1